Search… 　　Hello, David!



### Lemon Bottle Citrus Zinger Juicer Fruit Infusion Water Bottle

(1)

~~$120 USD~~  **$12** USD

Choose a Color…

Buy

♥ Save

| **Overview** | Related Products | Description | Ratings | Store Ratings | Shipping |
|---|---|---|---|---|---|

**Estimated Arrival**　　　　　　　　　　　　　　　　　**Shipping**
17 - 28 days　　　　　　　　　　　　　　　　　　　　　$1 USD

Need Help?　Your Profile　Mobile Apps　Contact　Careers　Engineering　Privacy Policy　Terms of Service　Return Policy　Suppliers　Trademark Protectio