# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ZINGANYTHING, LLC, et al, | ) | CASE NO. 5:16cv20 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| QUANTUM LEAP COMMERCE, LLC, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This case, having been settled by agreement of the parties, is hereby dismissed. Each party shall pay its own costs. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final Agreed Entry, approved by counsel for all parties, shall be filed with the Court for its approval on or before December 8, 2016.

The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

This case is hereby closed.

    **IT IS SO ORDERED**.


Dated: November 8, 2016

                                               **HONORABLE SARA LIOI**
                                               **UNITED STATES DISTRICT JUDGE**